IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| JUAN TORRES, TDCJ No. 01982462,<br>    Petitioner,<br><br>v.<br><br>LORIE DAVIS, Director, Texas<br>Department of Criminal Justice -<br>Criminal Institutions Division,<br>    Respondent. | Civil Action No.<br>DR-17-CV-025-AM-VRG |

## ADVISORY TO THE CLERK OF COURT

The undersigned party in the above captioned case elects as follows (please select only one of the following options):

☐ I Consent to Proceed Before A United States Magistrate Judge in accordance with provisions of 28 U.S.C. § 636. The undersigned party in the above captioned case waives the right to proceed before a United States District Judge and consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including rendering a decision, and to order the entry of final judgment. Any appeal shall be taken to the United States Court of Appeals for the Fifth Circuit in accordance with 28 U.S.C. § 636(c)(3).

☑ I Do Not Consent to Proceed Before A United States Magistrate Judge. The undersigned party in the above captioned case elects not to have this case decided by a United States Magistrate Judge, and prefers that this case proceed before the District Judge.

_Lorie Davis_
Party Name

By: _[signature]_       6/13/17
Signed by Attorney or Pro Se Party      Date