IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
FEB 23 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Cause No. DR-17-CV-025-AM |
| § | |
| JUAN TORRES, § | |
| Defendant. § | |

## ORDER

Pending before the Court is the Defendant's Request for Extension of Time Within Which to Serve Written Objections to the Report and Recommendation issued by the Honorable Victor Garcia, United States Magistrate Judge. (ECF No. 25.) After reviewing the Defendant's Motion, the Court finds that it should be, and is hereby, **GRANTED**. It is therefore **ORDERED** that the Defendant has until 5:00 p.m. on Monday, March 12, 2018, to file his objections to the Report and Recommendation.

SIGNED this 23rd day of February, 2018.

ALIA MOSES
United States District Judge